# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2103
LT Case No. 2020-DR-003806

———————————————

ADAMA KHAN,

Appellant,

v.

AHMED KHAN,

Appellee.

———————————————

Nonfinal appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

Adama Khan, Augustine, pro se.

No Appearance for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____